UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number:  09-61955-CIV-MORENO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

GEORGE SARAFIANOS, LARA SARAFIANOS,
and JP MORGAN CHASE BANK, N.A.,

      Defendants.

_____/

### ORDER GRANTING PARTIAL RELIEF FROM THIS COURT'S ORDER REFERRING CASE TO MEDIATION AND LOCAL RULE 16.2(e)

THIS CAUSE came before the Court upon Plaintiff's Unopposed Motion for Partial Relief from this Court's Order Referring Case to Mediation and Local Rule 16.2(e) **(D.E. No. 29)**, filed on **August 6, 2010**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED.  The Chief of the Civil Tax Division Southern Region, or his designee, may appear by telephone at the mediation conference instead of appearing in person.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of August, 2010.

FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record