UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-61955-CIV-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GEORGE SARAFIANOS, LARA SARAFIANOS, and JP MORGAN CHASE BANK, N.A.,

    Defendants.
_____/

**CLOSED CIVIL CASE**

### FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the Mediator's Report indicating the parties have settled. It is

ADJUDGED that in light of the parties settling this action this case is **DISMISSED** in accordance with the settlement agreement. The Court shall retain jurisdiction to enforce the terms of the settlement agreement if it is filed in its entirety by **September 30, 2010**. It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 30 day of August, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record